ESTADO LIBRE ASOCIADO DE PUERTO RICO
TRIBUNAL DE APELACIONES
PANEL II

| | | |
|---|---|---|
| KAREN HOPE PEARCE<br><br>Recurrida<br><br>MICHAEL ANTHONY ARIZMENDI<br><br>Peticionario<br><br>EX PARTE | KLCE202401205 | *Certiorari* procedente del Tribunal de Primera Instancia, Sala de Bayamón<br><br>Caso Núm. D DI2004-1138<br><br>Sobre: Divorcio Consentimiento Mutuo |

Panel integrado por su presidente el Juez Bermúdez Torres, la Jueza Martínez Cordero y el Juez Cruz Hiraldo

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 11 de diciembre de 2024.

Considerado el recurso de *Certiorari*, presentado por el peticionario, Sr. Michael Anthony Arizmendi, *denegamos* su expedición. Regla 52.1 de Procedimiento Civil, 32 LPRA Ap. V, R. 52.1.[1]

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal de Apelaciones.

Lcda. Lilia M. Oquendo Solís
Secretaria del Tribunal de Apelaciones

---

[1] Dispone en lo aquí pertinente:
**Al denegar la expedición de un recurso de *certiorari* en estos casos, el Tribunal de Apelaciones no tiene que fundamentar su decisión.**

Número Identificador

RES2024_____